## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| LYNNE CALLIGARO,<br><br>    Plaintiff,<br><br>        v.<br><br>DELOITTE CONSULTING, LLP,<br><br>    Defendant. | Civil Action No. 1:19-cv-1456 |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant Deloitte Consulting, LLP, certifies that (1) there are no parents, trusts, subsidiaries, or affiliates of said party that have issued shares or debt securities to the public; and (2) Deloitte Consulting, LLP is a subsidiary of Deloitte LLP, with its interests held by its partners and principals.

Dated: February 10, 2020

Respectfully submitted,

 /s/
Allison S. Papadopoulos (VA Bar No. 85715)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
apapadopoulos@akingump.com
*Attorney for Defendant Deloitte Consulting, LLP*

1