**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| LYNNE CALLIGARO,<br><br>        Plaintiff,<br><br>            v.<br><br>DELOITTE CONSULTING, LLP,<br><br>        Defendant. | Civil Action No. 1:19-cv-1456 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, April 10, 2020 at 10:00 am, or as soon thereafter as the undersigned may be heard, the defendant will present to the Court its Motion for Partial Dismissal of Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) filed on February 10, 2020.

Respectfully submitted,

  /s/
Allison S. Papadopoulos (VA Bar No. 85715)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
apapadopoulos@akingump.com
*Attorney for Defendant Deloitte Consulting, LLP*