IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:19 cv 1456 RDA JFA**, Case Name **Calligaro v. Deloitte Consulting LLP**
Party Represented by Applicant: **Defendant Deloitte Consulting LLP**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Esther Gwen Lander**
Bar Identification Number **461316**     State **District of Columbia**
Firm Name **Akin Gump Strauss Hauer and Feld LLP**
Firm Phone **202 887 4000**     Direct Dial **202 887 4535**     FAX **202 887 4288**
E-Mail Address **elander@akingump.com**
Office Mailing Address **2001 K Street N. W. Washington DC 20006**

Name(s) of federal court(s) in which I have been admitted **U.S. Dist. Ct. for Dist. of Columbia   U.S. Ct of Appeals for Dist. of Columbia**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro h c vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules o Evidence is current.

I am ____ am not **x** a full-time employee of the United States of America, and if so, request exemption from the admission fee

*(Applicant's Signature)* — Esther G Lander

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro h c vice*.

(Signature) — Allison Papadopoulos
(Typed or Printed Name) **Allison Papadopoulos**
(Date) **2/19/20**
(VA Bar Number) **85715**

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____


_____     _____
(Judge's Signature)                             (Date)