IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:19 cv 1456 RDA JFA, Case Name Calligaro v. Deloitte Consulting LLP
Party Represented by Applicant: Defendant Deloitte Consulting LLP

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Esther Gwen Lander
Bar Identification Number 461316          State District of Columbia
Firm Name Akin Gump Strauss Hauer and Feld LLP
Firm Phone   202 887 4000          Direct Dial   202 887 4535          FAX   202 887 4288
E-Mail Address elander@akingump.com
Office Mailing Address 2001 K Street N. W. Washington DC 20006

Name(s) of federal court(s) in which I have been admitted U.S. Dist. Ct. for Dist. of Columbia  U.S. Ct of Appeals for Dist. of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro h c vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules o Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro h c vice*.

(Signature)                          2/19/20
Allison Papadopoulos                  (Date)
                                      85715
(Typed or Printed Name)              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ kv  or Exemption Granted _____

The motion for admission is GRANTED ✓  or DENIED _____

_____/S/_____ JFA
John F. Anderson
United States Magistrate Judge
_____         FEB. 21, 2020
(Judge's Signature)                     (Date)