# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **LYNNE CALLIGARO** *Plaintiff,* v. **DELOITTE CONSULTING, LLP** *Defendant.* | Case No.: 1:19-cv-01456 |

## MOTION TO WITHDRAW

COMES NOW, Phillis h. Rambsy, and the Spiggle Law Firm, pursuant to 83.1(G) of the Local Rules for the Eastern District of Virginia, and respectfully move this Court for an Order permitting withdrawal from further representation of Plaintiff Lynne Calligaro. In support thereof, Attorney Rambsy and the Spiggle Law Firm state as follows:

1.　Plaintiff Lynne Calligaro has been given reasonable notice of Attorney Rambsy and the Spiggle Law Firm's intent to withdraw.

2.　Counsel for Defendant Deloitte Consulting, LLP has been given reasonable notice of Attorney Rambsy and the Spiggle Law Firm's intent to withdraw.

3.　There is good cause for the withdrawal of Attorney Rambsy and the Spiggle Law Firm.

4.　At this time, there have been no scheduling orders, nor the issuance of any other pending deadlines.

5.　The withdrawal of Attorney Rambsy and the Spiggle Law Firm will not prejudice any party, nor unduly delay the proceedings in this matter.

WHEREFORE, Phillis h. Rambsy and the Spiggle Law Firm move this Court for an Order granting the Motion to Withdraw as counsel for Plaintiff Lynne Calligaro.

DATED: May 16, 2020                                        Respectfully submitted,

**The SPIGGLE LAW FIRM**

　　　　/s/ Phillis h. Rambsy　　　　
Phillis h. Rambsy (VA Bar #92023)
4830A 31st St., South
Arlington, Virginia 22206
(202) 449-8527 (telephone)
(202) 540-8018 (fax)
prambsy@spigglelaw.com
*Attorney for Plaintiff Lynne Calligaro*

## **Certificate of Service**

I hereby certify that on this the 16th day of May 2020, I electronically filed the foregoing Motion to Withdraw and Proposed Order with the Clerk of Court using the CM/ECF system, which should send notification to the following:

Allison S. Papadopoulos (VA Bar No. 85715)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 2006
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)
apapdopoulos@akingum.com
*Attorney for Defendant Deloitte Consulting, LLP*

On, May 16th 2020, a foregoing copy of the Motion to Withdraw and Proposed Order was also served, via certified mail and electronic mail, to the Plaintiff Lynne Calligaro at the following:

Lynne Calligaro
1014 Croton Dr.
Alexandria, Virginia 22308
lmwyly@protonmail.com

                                                                                    /s/   Phillis h. Rambsy

                                                                                    Phillis h. Rambsy