# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LYNNE CALLIGARO<br><br>*Plaintiff,*<br><br>v.<br><br>DELOITTE CONSULTING, LLP<br><br>*Defendant.* | Case No.: 1:19-cv-01456 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, June 12, 2020, at 10:00 a.m. or as soon as thereafter as the undersigned may be heard, Counsel for Plaintiff will present to the Court the Motion to Withdraw as Counsel, filed on May 16, 2020.

DATED: May 26, 2020

Respectfully submitted,

**The SPIGGLE LAW FIRM**

    /s/ Phillis h. Rambsy
Phillis h. Rambsy (VA Bar #92023)
4830A 31st St., South
Arlington, Virginia 22206
(202) 449-8527 (telephone)
(202) 540-8018 (fax)
prambsy@spigglelaw.com
*Attorney for Plaintiff Lynne Calligaro*

1

## Certificate of Service

I hereby certify that on this the 26th day of May 2020, I electronically filed the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system, which should send notification to the following:

Allison S. Papadopoulos (VA Bar No. 85715)
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 2006
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)
apapdopoulos@akingum.com
*Attorney for Defendant Deloitte Consulting, LLP*

On May 26th 2020, a foregoing copy of the Notice of Hearing was also served, via certified mail and electronic mail, to the Plaintiff Lynne Calligaro at the following:

Lynne Calligaro
1014 Croton Dr.
Alexandria, Virginia 22308
lmwyly@protonmail.com

/s/ Phillis h. Rambsy

Phillis h. Rambsy