UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LYNNE CALLIGARO,

    Plaintiff,

        v.          Case 1:19-cv-01456-RDA-JFA

DELOITTE CONSULTING, LLP,

    Defendant.

## ORDER GRANTING CONSENT MOTION FOR LEAVE OF COURT TO MODIFY EXPERT DISCLOSURE DEADLINE

The Court has considered the parties' consent motion for leave of court to modify the date by which they must make expert disclosures ("Motion").

Finding good cause for the relief sought in the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED and that the date by which the parties must make expert disclosures is now September 28, 2020, with rebuttal reports due 30 days thereafter. No other dates are modified by this order.

Entered this 25 day of Aug, 2020

                              /s/ JFA
                              John F. Anderson
                              United States Magistrate Judge
                              John F. Anderson
Alexandria, Virginia              United States Magistrate Judge