UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LYNNE CALLIGARO | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-1456 (RDA/JFA) |
| DELOITTE CONSULTING LLP | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Lynne Calligaro and Defendant Deloitte Consulting LLP, by and through their undersigned counsel, hereby stipulate that this case is hereby dismissed with prejudice as to all claims and all parties, each party to bear its own fees and costs.

By: _____/s/_____
Joshua Erlich, Va. Bar No. 81298
Davia Craumer, Va. Bar No. 87426
Katherine Hermann, Va. Bar No. 83203
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd, Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: jerlich@erlichlawoffice.com
           dcraumer@erlichlawoffice.com
           kherrman@erlichlawoffice.com

*Counsel for Plaintiff*

By: _____/s/_____
Joshua Sekoski
Esther G. Lander
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, DC 20006
Phone: (202) 887-4000
Fax:    (202) 887-4288
Email: jsekoski@akingump.com
           elander@akingump.com

*Counsel for Defendant*

**SO ORDERED**.

Dated: _____, 2020
Alexandria, Virginia

_____
Hon. Rossie D. Alston, Jr.
United States District Court Judge